No. 97–5804. COTTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5817. CALDWELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5821. LYONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5824. AMOR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–1566. FOWLKES v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to amend the petition for writ of certiorari granted. Certiorari denied.

No. 96–1647. ROMNEY v. LIN. C. A. 2d Cir. Motion of Building and Construction Trades Department et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 96–1712. STAPLES v. KELLY ET AL. C. A. 6th Cir. Motion of National Fair Housing Alliance et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 96–1777. E. I. DU PONT DE NEMOURS & CO. v. BUSH RANCH, INC., ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–47. RIDGEWAY ET AL. v. PFIZER, INC., ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–1811. MORRIS ET AL. v. WRIGHT ET AL. C. A. 6th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–152. AMERICAN AIRLINES, INC. v. CRIALES. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.